**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    Irani Engineering, Inc. and Bart Gooding v. Arcadia Gas Storage, LLC and Cardinal Gas Storage Partners, LLC

Appellate case number:   01-21-00113-CV

Trial court case number:  2020-31121

Trial court:        11th District Court of Harris County

Date motion filed:      September 7, 2022

Party filing motion:    Appellees


Appellees, Arcadia Gas Storage, LLC and Cardinal Gas Storage Partners, LLC, move for rehearing. It is ordered that the motion for rehearing is **denied**.


Judge's signature: __/s/ Sarah Beth Landau_____

                  Acting for the Court

Panel consists of: Chief Justice Radack and Justices Kelly and Landau.

Date: ___October 18, 2022_____